610

360 A.2d 675

Walter, Appellant, v. Samuel E. Long, Inc., et al.

Argued June 21, 1976. Charles C. Coyne, with him Fell, Spalding, Goff & Rubin, for appellant; Christopher S. Underhill and Daniel E. Cohen, for appellees.

Order affirmed.

360 A.2d 675

Weiner et ux. v. Ashe, Appellant.

Argued June 17, 1976. Arthur W. Lefco, with him Edward Greer, for appellant; A. Martin Herring, with him Randall J. Sommovilla, for appellees.

Order affirmed.